WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
UNITED HEALTHCARE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOYCE SABRINA FORTUNE f/k/a MARIE JOYCE FORTUNE-POPE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE SERVICES, INC.; a foreign corporation,<br><br>Defendant. | Case No. 2:17-cv-02320-JCM-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Defendant, UNITED HEALTHCARE SERVICES, INC. (hereinafter "Defendant"), and Plaintiff, JOYCE SABRINA FORTUNE f/k/a MARIE JOYCE FORTUNE-POPE ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate and respectfully request an order

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

dismissing the entire action with prejudice.

Each party shall bear its own costs and attorney's fees.

Dated: January 3, 2018

Respectfully submitted,

/s/ Guinness Ohazuruike, Esq.
GUINNESS OHAZURUIKE, ESQ.
GUINNESS LAW FIRM

Attorney for Plaintiff
JOYCE SABRINA FORTUNE f/k/a
MARIE JOYCE FORTUNE-POPE,

Dated: January 3, 2018

Respectfully submitted,

/s/ Kaitlyn M. Burke, Esq.
WENDY MEDURA KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
UNITED HEALTHCARE SERVICES, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 4, 2018

Firmwide:151795990.1 047515.1404

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.